# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146971 & (28)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MARTY BRYAN MILLER,
       Plaintiff-Appellant,

v

EARNEST C. BROOKS CORRECTIONAL
FACILITY WARDEN,
       Defendant-Appellee.

SC: 146971
COA: 311769
Muskegon CC: 12-048457-AH

_____/

      On order of the Court, the application for leave to appeal the March 5, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate release on bond is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



Clerk

p0617